## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**DEBORAH NUZZI,**
         **Plaintiff,**

    vs.                                                                                                         Case Number:   **07-2127**

**BOURBONNAIS ELEMENTARY SCHOOL
DISTRICT and ROB RODEWALD,**
         **Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of defendants Blanchette and Regel for lack of jurisdiction pursuant to Order entered December 10, 2007.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants Bourbonnais Elementary School District and Rob Rodewald and against plaintiff pursuant to Opinion entered on today's date.   Case is terminated.

                                          ENTER this 17th day of December, 2008.

                                                          s/Pamela E. Robinson

                                             _____
                                             PAMELA E. ROBINSON, CLERK

                                                          s/S. Johnson

                                           _____
                                           BY:  DEPUTY CLERK